UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUAN CARLOS ALDANA-VILLANUEVA, | Case No. 1:26-cv-00136-DCN |
| Petitioner, | **INITIAL REVIEW ORDER** |
| v. | |
| STATE OF IDAHO, | |
| Respondent. | |

Petitioner Juan Carlos Aldana-Villanueva is an inmate in the legal custody of the Idaho Department of Correction but is currently incarcerated in Arizona. The instant Petition for Writ of Habeas Corpus challenges Petitioner's Idaho state court conviction for second degree murder. *See State v. Aldana-Villanueva*, No. 37904, 2011 WL 11048201, at *1 (Idaho Ct. App. Oct. 4, 2011) (per curiam) (unpublished).

The Court must review each habeas corpus petition upon receipt to determine whether it is subject to summary dismissal under 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules"). Summary dismissal is appropriate where "it plainly appears from the face of the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Habeas Rule 4.

Petitioner has not complied with Habeas Rule 2(d), which requires that any habeas petition brought pursuant to 28 U.S.C. § 2254 "substantially follow either the form appended to these rules or a form prescribed by a local district-court rule." The Petition is

INITIAL REVIEW ORDER - 1

this case does neither. *See* Dkt. 1.

**ACCORDINGLY, IT IS ORDERED:**

1.  Within 28 days after entry of this Order, Petitioner must file an amended petition that complies with Habeas Rule 2(d).

2.  The Clerk of Court will provide Petitioner with this Court's form § 2254 petition, and Petitioner is encouraged and expected to use that form to draft any amended petition. If Petitioner does not file a timely amended petition, this case may be dismissed without further notice.

DATED: June 22, 2026

David C. Nye
U.S. District Court Judge

INITIAL REVIEW ORDER - 2